**Opinion filed October 21, 2021**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-21-00137-CV

_____

**BANK OF AMERICA, N.A., Appellant**

**V.**

**ROLAN F. FLOYD, Appellee**

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 024557**

### M E M O R A N D U M   O P I N I O N

Appellant, Bank of America, N.A., has filed in this court a motion for voluntary dismissal of this appeal. In the motion, Appellant states that it no longer desires to pursue this appeal and therefore requests that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal pursuant to the motion and Rule 42.1(a)(1).

Appellant's motion to dismiss is granted, and the appeal is dismissed.


October 21, 2021                                                      PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.